AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 1:18-mj-37 | Date and time warrant executed: 2/21/18 @ 1500 | Copy of warrant and inventory left with: A/G |
| Inventory made in the presence of: Rocha Marine - RLSO |||

Inventory of the property taken and name of any person(s) seized:

Phone previously downloaded - Border Search Authority. Phone Seized on February 21, 2018 by HSI Special Agents in Grand Rapids, MI

SEIZED - Apple I-Phone X bearing Model / MQAV2 and Serial C39VLCECJCL9

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/21/18

_____
Executing officer's signature

Cory Rouse (SA RLSO)
Printed name and title